

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2019

No. 04-19-00215-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd A. Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On May 13, 2019, relator filed a "State's Opposition to Motion to Include Additional Matters in Hearing," in which relator asks this court to deny the motion. The Motion to Include Additional Matters in Hearing is pending before the trial court in trial cause number 4863. No such motion has been filed in this original proceeding. We do not have jurisdiction to rule on a motion pending before the trial court; therefore, relator's "Opposition" is denied.

Also, on May 13, 2019, relator filed a "State's Motion to Take Judicial Notice" in which relator asks this court to take judicial notice of documents filed in the trial court that are contained in several appendices filed in this court. This motion is carried with this original proceeding.

It is so **ORDERED** on May 14, 2019.

---

[1] This proceeding arises out of Cause No. 10041CR, et al., styled *The State of Texas v. Mark Anthony Gonzalez, et al.*, pending in the County Court, Kinney County, Texas, the Honorable Spencer W. Brown presiding.

It is so **ORDERED** on May 14, 2019.

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle
Clerk of Court

